## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

February 11, 2010

<u>VIA REGULAR & CERTIFIED MAIL, R.R.R.</u>
Curtis Thrower, Pro Se
Monmouth County Correctional Institution
One Waterworks Road
P.O. Box 5007
Freehold, NJ 07728

Christopher C. Josephson, DAG
Department of Law and Public Safety
Division of law
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112

### LETTER ORDER

Re: **Thrower v. NJ State Parole Board, et al.**
<u>Civil Action No. 08-1454 (JAG)</u>

Dear Counsel and Mr. Thrower:

I am in receipt of Mr. Josephson's letter of January 25, 2010, on behalf of Defendants, requesting an extension to oppose Plaintiff, Curtis Thrower's ("Plaintiff") pending summary judgment motion until March 1, 2010, the date by when defendants will file a cross-motion for summary judgment pursuant to the Court's December 2, 2009 Order. I am also in receipt of Plaintiff's letter of February 1, 2010, opposing Mr. Josephson's request and asking that Plaintiff's summary judgment motion be considered unopposed.

This Court's December 2, 2009 Order extended discovery, through January 15, 2010 and directed summary judgment motions to be filed no later than March 1, 2010. Defendants' request is granted. Plaintiff's request is denied. Defendants shall file opposition to Plaintiff's summary judgment motion and a cross-motion for summary judgment no later than March 1, 2010.

**SO ORDERED.**

_____
**MADELINE COX ARLEO**
**United States Magistrate Judge**